■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ABDELAH, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 20, 1974, convicting him of grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Although it was error for the trial court to have refused to permit disclosure of the location of the confidential vehicle identification number (see *People v Ramistella,* 306 NY 379; *People v Silver,* 39 NY2d 99), that error, under the facts of this case, was entirely devoid of prejudice to defendant since the stolen vehicle, in which he was apprehended, was identified by its owner and was otherwise clearly depicted in the proof. Rabin, Acting P. J., Shapiro, Titone and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRANT LEE COBBS, Appellant.—Appeal by defendant from a judgment of the County Court, Orange County, rendered July 31, 1975, convicting him of robbery in the second degree (two counts) and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of grand larceny in the third degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. Under the circumstances of this case, defendant could not have committed the crime of grand larceny in the third degree without also having committed the crime of robbery in the second degree. The lesser included count must therefore be dismissed (see *People v Grier,* 37 NY2d 847, 848). Martuscello, Acting P. J., Latham, Cohalan, Damiani and Hawkins, JJ., concur.